# Amalia Rodriguez-Mendoza
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 1748
### Austin, Texas 78767



03-15-00325-CV

July 13, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle;

Re:  D-1-GN-14-002158

A clerk's record in cause number D-1-GN-14-002158 JESSICA LUKEFAHR VS TEXAS HEALTH AND HUMAN SERVICE COMMISSION was due in your office on JULY 3, 2015. This office received payment on JULY 10, 2015; therefore we are requesting an extension of 5 days to file this record.

If you have any question please contact me at (512) 854-5880.


Thank you,

Sincerely,

Patsy Ybarra
Deputy Court Clerk,
(512) 854-5880

cc: Court file

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |